N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:14-cv-1067-LPS-CJB |
| v. | ) |
| | ) |
| GAMELOFT, INC., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF RICHARD C. WEINBLATT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GAMELOFT INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(c)**

I, Richard C. Weinblatt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Stamoulis & Weinblatt LLC. I submit this declaration in support of Plaintiff's Opposition to Defendant Gameloft Inc.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of U.S. Patent No. 8,784,198.

3. Attached to this declaration as Exhibit B is a true and correct copy of Order, *Ameranth, Inc. v. Genesis Gaming Solutions, Inc.*, Case No. SACV 11-00189 AG (RNBx) (C.D. Cal.) (Nov. 12, 2014) (D.I. 215).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 8, 2014.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080